IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 11 |
| | : |
| STONE CREEK MECHANICAL, INC. | : |
| | : |
| DEBTOR(S) | : BANKRUPTCY NO. 04-11255 SR |

# ORDER

**AND NOW,** upon consideration of *Debtor's Motion to Compel Release of Retainage Fund Being held by Marple-Newtown School District*." (The "Motion."), the Answer in opposition filed thereto by the Marple-Newtown School District (the "District"), the Answer and Cross-Motion of Fidelity & Deposit Company of Maryland ("F&D") thereto, and after hearing thereon April 10, 2008, it is hereby:

**ORDERED,** that for the reasons set forth in the attached Opinion, the Motion and Cross Motion shall be and hereby are Denied.

By the Court:

Stephen Raslavich
Chief U.S. Bankruptcy Judge

Dated: <u>October 7, 2008</u>

Counsel for Debtor:
Allen B. Dubroff, Esquire
Jaffe, Friedman, Schuman, Nemeroff,
 Applebaum & McCaffery, P.C.
7848 Old York road
Suite 200
Elkins Park, PA 19027

Counsel for Marple Newtown School District:
Gregory S. Gerson, Esquire
Front & Plum Streets
P.O. Box 1789
Media PA 19063

Counsel for Fidelity & Deposit Company:
William J. Taylor, Esquire
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

George Conway, Esquire
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia PA 19106

Nancy Mulvehill, Courtroom Deputy to Judge Raslavich